United States Courts
Southern District of Texas
FILED

Appendix A

MAR 23 2020

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

SUNIL D-CHORGHE §
§
versus §         CIVIL ACTION NO. _____
§
HOUSTON DEPT OF TRASPORTATION §
7600 WASHINGTON AVE §
HOUSTON, TX 77007 §

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.  The Plaintiff is: SUNIL D. CHORGHE

    Address: 5454 NEWCASTLE DR. UNIT #221, HOUSTON TX 77081.

    County of Residence: HARRIS

3.  The defendant is: HOUSTON DEPARTMENT OF TRASPORTATION (HOU-DOT) ENGG-DEPT

    Address: 7600 WASHINGTON AVE HOUSTON, TX 77007

    ☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4.  The plaintiff has attached to this complaint a copy of the charges filed on _____ with the Equal Opportunity Commission. 12/26/2019 (Date mailed)

5.  On the date of mid JAN, 2020, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

(a) ☒ race

(b) ☒ color

(c) ☒ sex

(d) ☒ religion

(e) ☒ national orgin,

the defendant has:

(a) ☒ failed to employ the plaintiff

(b) ☒ terminated the plaintiff's employment

(c) ☒ failed to promote the plaintiff

(d) ☐ other: FAILED TO RETURN PERSONAL BELONGINGS, ETC. AND POST EMPLOYMENT DOCUMENTS, LEAVES ETC.

7. When and how the defendant has discriminated against the plaintiff; STARTED EMPLOYMENT AT TXDOT-BEAUMONT 10/01/2016 AS ENGR IV FROM LATE 2016, HOU-DOT (HOUSTON) STARTED DISCRIMINATING AFTER DEMOTING ME TO ENGR III. TERMINATED MY EMPLOYMENT WITHIN FEW HOURS OF COMPLAINING TO TXDOT CIVIL RIGHTS DIVISION ON FEB 25, 2019. ON DEC 10, 2019 TWC AWARDED ME — UNEMPLOYMENT AFTER SEVERAL MONTHS OF HEARINGS.

8. The plaintiff requests that the defendant be ordered:

(a) ☒ to stop discriminating against the plaintiff

(b) ☒ to employ the plaintiff

(c) ☒ to re-employ the plaintiff

(d) ☒ to promote the plaintiff

(e) ☑ to _RETURN my BELONGINGS, PROVIDE LIST AND POSTAGE TO SENT BACK TO HOU-DOT, STATE'S BELONGINGS WHICH WAS SENT TO ME., TO REMOVE ALL DISCIPLINARIES FROM HR FILE._ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address: _5454 NEWCASTLE DR. UNIT #221, HOUSTON, TX-77081_

Telephone: _956-607-6733_